UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

    Jan R. Krupa
    Barbara A. Krupa

                Debtor(s)

Case No.: 1−03−10259−MJK
Chapter: 7

SSN: xxx−xx−8070
SSN: xxx−xx−7725

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
35308 SE Center St
Snoqualmie, WA 98065

    Enclosed is your application to request payment for unclaimed funds. It is being returned to you for the following reason(s):

[ ]   Case Title and/or case number was not provided with original application.

[ ]   Affidavit is not dated.

[ ]   Claimant's current address was not provided with original affidavit.

[ ]   Claimant must state why check was not presented for payment at the time of original issuance.

[ ]   Requested amount of reimbursement must be stated on affidavit.

[ ]   Affidavit must state that reimbursement checks will be "made payable to claimant only," that the "claimant is in fact due the monies," and that all information provided is done so "under penalty of perjury."

[ ]   Affidavit must be notarized.

[ ]   Notarized Power of Attorney is required for all claimants using a second party to reclaim funds. All corporations must also submit an affidavit stating that claimant is aware of State Law Requirements for being a personal representative of the corporation.

[ ]   Documentation to substantiate claimant name change from original disbursement is needed.

[ ]   Documentation of Certificate of Service to the U.S. Attorney was not provided with application.

[ ]   Required Tax Identification Number or Social Security Number was not provided with application.

[ X ]   Other: Proof of identity of the owner of record such as a drivers license or passport is needed in order to process your request to release unclaimed funds. The corporate seal is missing from the Authority to Act or the Limited Power of Attorney. Checks will be made payable to the individual listed on Form AO213−NYW Vendors Information/TIN Certification provided in the vendors address section. This section needs to be consistent with the address listed for the disbursement of funds in the Affidavit. In addition, the checked boxes on Form AO213−NYW are not legible, please be sure that the checked boxes are legible. Form AO213−NYW can be down loaded from the Bankruptcy Court Website a www.nywb.uscourts.gov, by clicking Fees>other Financial Information. Please re−submit all corrections to the Court for further processing of your request.

    If you have any further questions, please call the Court at 716−362−3200.

Date: December 19, 2012                             Lisa Bertino Beaser
                                                                            Clerk of Court

Enclosures